AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

VIKRAM AJJAMPUR, WILLIAM DEVITO, et al.

Plaintiff

v.  Civil Action No.

APPLE, INC.  8:11-CV-895-T-26TBM

Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* APPLE, INC.
1 Infinite Loop
Cupertino, CA 95014

registered agent: CT Corporation System
818 W. 7th St.
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron Mayer
Mayer Law Group, LLC
18 Carolina St., Ste. B
Charleston, SC 29403
T: 843-376-4929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 2 2 2011

_____
Signature of Clerk or Deputy Clerk