UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIKRAM AJJAMPUR, WILLIAM DEVITO,
and CLAUS MEYER, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.                                        CASE NO: 8:11-cv-895-T-26TBM

APPLE, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the Conditional Transfer Order entered this day by the Judicial Panel on Multidistrict Litigation (the JPML) conditionally transferring this case to the United States District Court for the Northern District of California in connection with <u>In re: Iphone/Ipad Application Consumer Privacy Litigation</u>, MDL No. 2250, it is ordered and adjudged as follows:

1) The Order to Show Cause entered August 23, 2011, at docket 6, is discharged.

2) All proceedings in this case are stayed pending the outcome of the proceedings before the JPML with respect to whether this case should ultimately be transferred to MDL No. 2250.

3) The Clerk is directed to administratively close this case during the period of the stay, subject to being reopened immediately in the event the JPML declines to transfer the case to MDL No. 2250.

**DONE AND ORDERED** at Tampa, Florida, on August 29, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record