UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: IPHONE/IPAD APPLICATION
CONSUMER PRIVACY LITIGATION

MDL No. 2250

FILED SEP 1 3 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 8, 2011, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* __F.Supp.2d__ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Lucy H. Koh.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Koh.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of California for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Lucy H. Koh.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

Sep 07, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____ Deputy Clerk
Date 9/14/2011

**IN RE: IPHONE/IPAD APPLICATION**
**CONSUMER PRIVACY LITIGATION**

MDL No. 2250

**SCHEDULE CTO-1 – TAG-ALONG ACTIONS**

CV11-04557 LHK PSG

| DIST | DIV. | C.A. NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 11-01376 | Burke et al v. Apple Inc et al |
| ALN | 2 | 11-01855 | Burke et al v. Apple, Inc. et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 11-03450 | Kevin Burwick et al v. Apple, Inc. et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 11-00895 | Ajjampur et al v. Apple, Inc. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 11-80658 | Boswell v. Apple, Inc. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 11-03268 | Moylan v. Apple, Inc. |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 11-00359 | O'Flaherty v. Apple Inc. |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 11-00784 | Snyder et al v. Apple Inc. |
| **NEW YORK SOUTHERN** | | | |
| NYS | 7 | 11-02841 | Ammer v. Apple, Inc. et al |
| **PUERTO RICO** | | | |
| PR | 3 | 11-01433 | Rivera-Diaz v. APPLE, Inc. et al |